# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    Thomas Dooner                                                             Case No.    14-17258
                                            Debtor(s)                              Chapter     13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 3,000.00 |
   | Prior to the filing of this statement I have received | $ 1,600.00 |
   | Balance Due | $ 1,400.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   The above-disclosed fee does not include certain services which are designated as "special services" in the written Representation Agreement which has been signed by debtor(s) and me. Special services are those which are identified below and are provided to debtor(s) on an as-needed basis and for which minimum fees in addition to those set forth in paragraph 1 are charged: Preparation and filing of motion or special application ($375.00); preparation and filing of amended schedules ($150.00 per schedule); conversion from Chapter 13 to Chapter 7 ($850.00); conversion from Chapter 7 to Chapter 13 ($2,100.00); preparation and filing of answers to motions for relief from the automatic stay ($275.00); attending hearings on motions (including hearings on motions to dismiss after confirmation) or applications - ($475.00); preparation and filing of answers to motions to dismiss ($275.00); negotiation and settlement of motions for relief from the automatic stay ($150.00); and non-routine services which include representation for adversary actions, including Complaints to Determine Dischargeability and Motions to Dismiss for Bad Faith are to be billed on an hourly basis at the hourly rate of $200.00 per hour.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  September 22, 2014          /s/ Scott F. Waterman, Esquire
                                    Scott F. Waterman, Esquire 73522
                                    Scott F. Waterman, Esquire
                                    110 West Front Street
                                    Media, PA 19063
                                    610-566-6177   Fax: 610-892-6991
                                    scottfwaterman@gmail.com