**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter  13 |
| | : | |
| Thomas Dooner | : | |
| | : | |
| Debtor | : | Bankruptcy No. 14-17258ELF |

**ORDER**

AND NOW, this 24th day of October 2014, it is

ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 9/9/2014 , this case be and the same is hereby DISMISSED.

_____
Eric L. Frank
Chief  Judge
U.S. Bankruptcy Court


Missing Documents:

        13 Plan
        Statistical Summary of Certain Liabilities
        Statement of Current Monthly Income
        All Schedules
        Statement of Financial Affairs
        Summary of Schedules